FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

2007 JUL 11 AM 9: 41

GREGORY C. LANGHAM
CLERK

No. 07-mj-01152 BNB

IN RE: Extradition of
JASON WAYDE HUDOCK

BY_____ DEP. CLK

## ORDER

BEFORE ME, a United States Magistrate Judge for the District of Colorado, personally appeared Assistant United States Attorney Greg Holloway, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that JASON WAYDE HUDOCK should be apprehended and brought before this Court to the end that evidence of criminality may be heard and considered as provided in Title 18, United States Code, Section 3184, and the Extradition Treaty between the United States and Australia.

IT IS THEREFORE ORDERED that a warrant for the arrest of JASON WAYDE HUDOCK be issued.

Dated this 11th day of July, 2007.

_____
United States Magistrate Judge